UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANCISCAN MISSIONARIES OF OUR LADY HEALTH SYSTEM | CIVIL ACTION |
| VERSUS | |
| STEELCASE, INC | NO.:15-00462-BAJ-EWD |

### ORDER AND RULING

Considering the **Motion for Dismissal (Doc. 11)** filed by Plaintiff Franciscan Missionaries of Our Lady Health System,

**IT IS ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), the above-captioned action is **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this <u>12th</u> day of February, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**